UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENER HEMBY | * | CIVIL ACTION NO. 2:12-CV-01444 |
| Plaintiff | | |
| | * | SECTION: "S" |
| VERSUS | | |
| | * | JUDGE: LEMMON |
| SLIDELL SPECIALTY HOSPITAL, L.P. d/b/a SOUTHERN SURGICAL HOSPITAL, | * | MAGISTRATE: SHUSHAN |
| JAMES C. BUTLER, M.D. and | | |
| JAMES GOSEY, M.D. | * | |
| Defendants | | |
| | * | |

### ORDER

Considering the foregoing Motion to Dismiss;

IT IS HEREBY ORDERED that the claims of Ener Hemby against James R. Gosey, Jr., M.D. be and the same are hereby dismissed.

New Orleans, Louisiana, this 21st day of May, 2013.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA